AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Manuel GAYTAN-Nava | ) Case No. |
| | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 21, 2019__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326 | A citizen of Mexico, who has previously been REMOVED or has departed the United States while an order of REMOVAL is outstanding was thereafter found in the United States in or near Laredo, Texas the said Defendant having not obtained the consent of the Attorney General of the United States (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter- Title 6, United States Code, Sections 202 and 557) for the reapplication by the said Defendant for admission into the United States. |

This criminal complaint is based on these facts:

On or about December 21, 2019 the defendant Manuel GAYTAN-Nava was apprehended in Laredo, Texas. After a brief interview it was determined that, Manuel GAYTAN-Nava was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Manuel GAYTAN-Nava was previously REMOVED from the United States on 01/30/2016 at Eagle Pass, Tx. There is no record that Manuel GAYTAN-Nava has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

☐ Continued on the attached sheet.

/S/Joshua Steele
_Complainant's signature_

Joshua Steele, Border Patrol Agent
_Printed name and title_

Sworn to before me and signed in my presence,

Date: December 26, 2019

_Judge's signature_

City and state: Laredo, Texas

Sam Sheldon, U.S. Magistrate Judge
_Printed name and title_